UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MYRNA IDALIA CONTRERAS,

                Plaintiff,

    v.

US DEPARTMENT OF STATE, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,

              Defendants.

CASE NO. 2:19-cv-00296-RSM

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**

       Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED**. Plaintiff may proceed without prepayment of costs or fees or the necessity of giving security therefore.

       The Clerk is directed to send a copy of this Order to Plaintiff.

       DATED this 21st day of March, 2019.


_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge