# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MYRNA IDALIA CONTRERAS,<br><br>               Plaintiff,<br>     v.<br><br>UNITED STATES DEPARTMENT OF STATE, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>               Defendants. | CASE NO. C19-00296 RSM<br><br>STIPULATED MOTION FOR ORDER OF DISMISSAL |

## **JOINT STIPULATION**

The parties, through undersigned counsel and Plaintiff appearing pro se, hereby stipulate and agree that this case may be dismissed without prejudice and without costs or fees to either party.

//

//

//

//

//

STIPULATED MOTION FOR ORDER OF DISMISSAL
Case No. C19-00296 RSM - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Dated this 21th day of May, 2019.

BRIAN T. MORAN
United States Attorney

| | |
|---|---|
| /s/ Priscilla T. Chan | /s/ Myrna I. Contreras |
| PRISCILLA T. CHAN, WSBA No. 28533 | MYRNA I. CONTRERAS, Pro Se |
| Assistant United States Attorney | 4301 S 263rd Street |
| Western District of Washington | Kent, Washington 98032 |
| United States Attorney's Office | Phone: 206-931-5531 |
| 700 Stewart Street, Suite 5220 | Email: myrnac68@gmail.com |
| Seattle, Washington 98101 | |
| Phone: 206-553-7970 | Pro Se |
| Email: Priscilla.Chan@usdoj.gov | |

Attorneys for Defendants

## ORDER

IT IS HEREBY ORDERED that this case is dismissed without prejudice and without an award of costs or fees to either party.

Dated this 21st day of May 2019.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION FOR ORDER OF DISMISSAL
Case No. C19-00296 RSM - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970